■ In the Matter of LARRY TT. JAMES CONWAY, as Superintendent of Attica Correctional Facility, et al., Respondents; LARRY TT., Appellant. (Proceeding No. 1.) In the Matter of STATE OF NEW YORK, Respondent, v LARRY TT., Appellant. (Proceeding No. 2.) [888 NYS2d 810]—

Lahtinen, J.

The extensive procedural background of these two related

proceedings in which respondent, a convicted sex offender, was admitted to Central New York Psychiatric Center at the end of his prison term is set forth in the detailed decision of Supreme Court (*Matter of Larry TT.*, 24 Misc 3d 1206[A], 2009 NY Slip Op 51286[U] [2009]). The record supports Supreme Court's determination that respondent's transfer—which fell during the few months between the Court of Appeals' decision in *State of N.Y. ex rel. Harkavy v Consilvio* (7 NY3d 607 [2006]) and the effective date of the Sex Offender Management and Treatment Act (*see* L 2007, ch 7, §§ 1-2, codified as Mental Hygiene Law art 10)—took place under the emergency provision of Correction Law § 402 (9). The required medical opinions were provided to support an emergency transfer and, notwithstanding the apparent mislabeling of some of the paperwork (*cf. Matter of Thomas S.*, 58 AD3d 1063, 1065 [2009]), an Assistant Attorney General asserted the emergency provision as the ground for the transfer at a court appearance immediately following the transfer.

We further agree with Supreme Court that respondent is a "[d]etained sex offender" as defined in Mental Hygiene Law § 10.03 (g) (5) (*see State of N.Y. ex rel. Harkavy v Consilvio*, 8 NY3d 645, 651-652 [2007]; *Matter of State of New York v Blair*, 69 AD3d 15, —, 2009 NY Slip Op 06938, *3 [2009]; *People ex rel. David NN. v Hogan*, 53 AD3d 841, 844 [2008], *lv denied* 11 NY3d 708 [2008]). Accordingly, the provisions of Mental Hygiene Law article 10 apply to respondent and a hearing should be held expeditiously as provided by that statute.

Cardona, P.J., Peters, Kane and Stein, JJ., concur. Ordered that the order and amended order are affirmed, without costs.